IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00140-MR-DLH

| | |
|---|---|
| CHRISTOPHER K. CARLISLE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RUTHERFORD HEATING & AIR, )<br>)<br>Defendant. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Mediator's Report advising that this matter has been completely settled [Doc. 17]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: March 26, 2014

Martin Reidinger
United States District Judge